28

[No. 415-1.    Division One—Panel 1.    January 4, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LEE SENTER, *Appellant*.

*Roger W. Johnson,* for appellant (appointed counsel for appeal).

*Charles O. Carroll, Prosecuting Attorney,* and *Albert A. Rinaldi, Jr., Deputy,* for respondent.

PER CURIAM.—Richard Lee Senter was convicted of unlawful possession of narcotic drugs—marijuana. The parties have stipulated that *State v. Zornes,* 78 Wn.2d 9, 475 P.2d 109 (1970) is controlling and requires reversal and dismissal. We agree. For the reasons set forth in that case, this conviction is reversed and the action dismissed. *See State v. Williams,* 78 Wn.2d 459, 475 P.2d 100 (1970).